**No. 39206.**—Protest 894289–G of Sun Wing Wo Co. (Los Angeles).

Opinion by EVANS, J. The protest was sustained as to 3 percent of the rice covered by certain items.

**No. 39207.**—Protest 902673–G/86691 of Atlas Grocery Co. (Chicago).

Opinion by EVANS, J. Origan was held free of duty under paragraph 1722 as claimed.

**No. 39208.**—Protest 852625–G of John Alban & Co., Inc. (New York).

Opinion by EVANS, J. It was agreed that certain items consist of origan or herb leaves similar to the merchandise the subject of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242). The claim for free entry as crude vegetable substances under paragraph 1722 was therefore sustained.

**No. 39209.**—Protest 848530–G of P. Baca & Co. (Los Angeles).

Opinion by EVANS, J. On the record presented the marjoram leaves in question were held entitled to free entry under paragraph 1722 as claimed.

**No. 39210.**—Protest 844233–G of Peek & Velsor (New York).

Opinion by EVANS, J. On the record presented the claim for free entry under paragraph 1669 was sustained as to certain items.

**No. 39211.**—Protests 945887–G, etc., of J. H. L. Todd et al. (New York).

Opinion by EVANS, J. The protests were overruled.

**No. 39212.**—Protest 944395–G of International Fwdg. Co., Inc. (New York).

Opinion by EVANS, J. The protest was dismissed.

**No. 39213.**—Protests 892316–G, etc., of Federal Syrups, Inc. (New York).

Opinion by EVANS, J. As there was nothing to warrant disturbing the finding of the collector, the protests were overruled.

**No. 39214.**—Petition 5604–R of Griggs, Cooper & Co. (Pembina).

Opinion by KEEFE, J. It was held that the burden is on the petitioners to prove by satisfactory evidence that there was no intention to defraud the revenue. Statements without corroborating facts or circumstances were held insufficient to prove intention. *Finsilver* v. *United States* (13 Ct. Cust. Appls. 332, T. D. 41250) cited. On the record presented the petition was denied.